# CHASE for BUSINESS
Printed from Chase for Business

Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Jul 14, 2017 | 7469 | $4,050.00 |

©2019 JPMorgan Chase & Co.   Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



| | | |
|---|---|---|
| **Post date** | **Check #** | **Check amount** |
| Jun 16, 2017 | 7379 | $4,050.00 |

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Mar 31, 2017 | 7168 | $4,540.22 |

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Jan 27, 2017 | 6962 | $5,038.80 |

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender