# PMX

INVOICE

183 27th St.
Brooklyn, NY 11232

**DATE:** September 6, 2017
**INVOICE #** 91278
**FOR:** Labels

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Tags - OMDP1560Z | 5,150.00 |
| ck# 7672 9/14/17 | |
| **TOTAL** | **$ 5,150.00** |

**THANK YOU FOR YOUR BUSINESS!**

# PMX

183 27th St.
Brooklyn, NY 11232

**DATE:** July 6, 2017
**INVOICE #** 71378
**FOR:** *Labels*

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---:|
| Labels - OMDT1560Z | 4,050.00 |
| | |
| | **TOTAL $ 4,050.00** |

*handwritten: C/C# 7469  7/13/17*

**THANK YOU FOR YOUR BUSINESS!**

# PMX

183 27th St.
Brooklyn, NY 11232

**INVOICE**

| | |
|---|---|
| **DATE:** | June 13, 2017 |
| **INVOICE #** | 61078 |
| **FOR:** | Labels |

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Labels - OMDT1560Z | 4,050.00 |
| ck#7379 6/15/17 | |
| **TOTAL** | **$ 4,050.00** |

THANK YOU FOR YOUR BUSINESS!

**PMX**

183 27th St.
Brooklyn, NY 11232

DATE: March 9, 2017
INVOICE # 32978
FOR: Labels

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Labels - OMDT1560Z | 4,050.00 |
| Freight | 490.22 |
| | |
| TOTAL | $ 4,540.22 |

Ck# 7168
3/29/17

THANK YOU FOR YOUR BUSINESS!

# PMX

183 27th St.  
Brooklyn, NY 11232

**DATE:** January 27, 2017  
**INVOICE #** 7127  
**FOR:** Tags

**Bill To:**  
Kwik Ticket, Inc.  
4101 Glenwood Rd.  
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Tags - OMTT1527P - 300 cases 16.796/Cs | $ 5,038.80 |
| | |
| TOTAL | $ 5,038.80 |

ck# 6960
1/21/17

**THANK YOU FOR YOUR BUSINESS!**

# PMX

# INVOICE

183 27th St.
Brooklyn, NY 11232

DATE: January 12, 2017
INVOICE # 1127
FOR: Tags

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Labels - OMDT1560Z | 4,000.00 |
| Ck# 6940  1/12/17 | |
| TOTAL $ | 4,000.00 |

THANK YOU FOR YOUR BUSINESS!