# Basic Office Essentials

# INVOICE

820 E 42nd St
Brooklyn, NY 11210

**DATE:** December 10, 2018
**INVOICE #** 11791
**FOR:** *Paper goods*

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Register Paper - Thermal - 3 1/8 x 200' 160 cases @ $44.75 | $ 7,144.00 |
| | |
| Ck# B9051 | |
| 1/17/19 | |
| TOTAL | $ 7,144.00 |

THANK YOU FOR YOUR BUSINESS!