# CHASE *for* BUSINESS

**Check**

Front



Back



**Post date**
May 16, 2019

**Check #**
9364

**Check amount**
$4,027.50

# CHASE for BUSINESS

Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Mar 22, 2019 | 9209 | $4,027.50 |

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender

# CHASE for BUSINESS

Printed from Chase for Business

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Sep 28, 2018 | 8730 | $2,300.00 |

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender

# CHASE *for* BUSINESS
Printed from Chase for Business

**Check**

Front



Back



**Post date**  
Sep 14, 2018

**Check #**  
8684

**Check amount**  
$4,335.00

©2019 JPMorgan Chase & Co.     Equal Opportunity Lender

**Check**

Front



Back



**Post date**  
Jul 13, 2018

**Check #**  
8508

**Check amount**  
$4,335.00

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**
Apr 27, 2018

**Check #**
8324

**Check amount**
$4,335.00

©2019 JPMorgan Chase & Co.     Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



**Post date**  
Feb 2, 2018

**Check #**  
8077

**Check amount**  
$4,335.00

©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# CHASE for BUSINESS

Printed from Chase for Business

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Nov 10, 2017 | 7756 | $1,550.00 |

©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



**Post date**
Sep 20, 2017

**Check #**
7674

**Check amount**
$8,661.81

©2019 JPMorgan Chase & Co.     Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Aug 4, 2017 | 7552 | $4,105.15 |

©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**  
May 12, 2017

**Check #**  
7291

**Check amount**  
$5,644.58

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Apr 7, 2017 | 7176 | $5,644.58 |

©2019 JPMorgan Chase & Co.   Equal Opportunity Lender

# CHASE for BUSINESS

## Check

Front



Back



**Post date**  
Mar 17, 2017

**Check #**  
7110

**Check amount**  
$4,105.15

©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**  
Jan 6, 2017

**Check #**  
6899

**Check amount**  
$4,016.34

©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# CHASE *for* BUSINESS
Printed from Chase for Business

Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Feb 12, 2016 | 5946 | $4,016.34 |