# CHASE for BUSINESS

Printed from Chase for Business

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Jan 18, 2019 | 9051 | $7,144.00 |

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender