# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**  
Feb 1, 2019

**Check #**  
8943

**Check amount**  
$831.60

©2019 JPMorgan Chase & Co.     Equal Opportunity Lender

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Dec 14, 2018 | 8924 | $1,000.00 |

# CHASE *for* BUSINESS
Printed from Chase for Business

**Check**

Front



Back



**Post date**  
Oct 19, 2018

**Check #**  
8677

**Check amount**  
$1,000.00

©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# CHASE *for* BUSINESS
Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Oct 19, 2018 | 8676 | $1,000.00 |

©2019 JPMorgan Chase & Co.　　　　Equal Opportunity Lender