| nk | Check# | Check Dt | Trans.Dt | Vendor | Payee | Payment Description | Check Amount |
|---|---|---|---|---|---|---|---|
|   | 7248 | 4/27/17  | 4/27/17  | ME310 | MEGA PLASTIC GROUP | Pay 3      | 8,160.00 |
| 1 | 7268 | 5/04/17  | 5/04/17  | ME310 | MEGA PLASTIC GROUP | Pay 2      | 4,896.00 |
| 1 | 7328 | 5/25/17  | 5/25/17  | ME310 | MEGA PLASTIC GROUP | Pay 5      | 11,424.00 |
| 1 | 7348 | 5/30/17  | 5/30/17  | ME310 | MEGA PLASTIC GROUP | Pay 7      | 8,160.00 |
| 1 | 7391 | 6/15/17  | 6/15/17  | ME310 | MEGA PLASTIC GROUP | Pay 7      | 9,792.00 |
| 1 | 7532 | 7/27/17  | 7/27/17  | ME310 | MEGA PLASTIC GROUP | Pay 7      | 1,632.00 |
| 1 | 7649 | 9/07/17  | 9/07/17  | ME310 | MEGA PLASTIC GROUP | Pay 9      | 13,056.00 |
| 1 | 7666 | 9/14/17  | 9/14/17  | ME310 | MEGA PLASTIC GROUP | Pay 10     | 4,896.00 |
| 1 | 7752 | 10/10/17 | 10/10/17 | ME310 | MEGA PLASTIC GROUP | Pay 11     | 4,896.00 |
| 1 | 7775 | 10/24/17 | 10/24/17 | ME310 | MEGA PLASTIC GROUP | Pay 12     | 9,792.00 |
| 1 | 7854 | 11/15/17 | 11/15/17 | ME310 | MEGA PLASTIC GROUP | Pay 13     | 10,526.40 |
| 1 | 7920 | 12/07/17 | 12/07/17 | ME310 | MEGA PLASTIC GROUP | Pay 14     | 4,896.00 |
| 1 | 7935 | 12/14/17 | 12/14/17 | ME310 | MEGA PLASTIC GROUP | Pay 16     | 4,896.00 |
| 1 | 8007 | 1/05/18  | 1/05/18  | ME310 | MEGA PLASTIC GROUP | Pay 17     | 9,792.00 |
| 1 | 8023 | 1/11/18  | 1/11/18  | ME310 | MEGA PLASTIC GROUP | Pay 20     | 2,236.60 |
| 1 | 8070 | 1/25/18  | 1/25/18  | ME310 | MEGA PLASTIC GROUP | Pay 21     | 4,896.00 |
| 1 | 8087 | 2/01/18  | 2/01/18  | ME310 | MEGA PLASTIC GROUP | Pay 19     | 4,896.00 |
|   | 8107 | 2/08/18  | 2/08/18  | ME310 | MEGA PLASTIC GROUP | Pay 22     | 4,998.00 |
|   | 8127 | 2/15/18  | 2/15/18  | ME310 | MEGA PLASTIC GROUP | Pay 23     | 6,888.00 |
| 1 | 8154 | 2/22/18  | 2/22/18  | ME310 | Cash               | Pay 24     | 450.00 |
| 1 | 8197 | 3/08/18  | 3/08/18  | ME310 | Mega Plastic       | Pay 211    | 2,000.00 |
| 1 | 8209 | 3/14/18  | 3/14/18  | ME310 | MEGA PLASTIC GROUP | Pay 25     | 8,160.00 |
| 1 | 8286 | 4/12/18  | 4/12/18  | ME310 | Mega Plastics      | Pay 236    | 2,000.00 |
| 1 | 8287 | 4/12/18  | 4/12/18  | ME310 | MEGA PLASTIC GROUP | Pay 26     | 11,016.00 |
| 1 | 8338 | 5/03/18  | 5/03/18  | ME310 | MEGA PLASTIC GROUP | Pay 29     | 4,896.00 |
| 1 | 8390 | 5/24/18  | 5/24/18  | ME310 | MEGA PLASTIC GROUP | Pay 30     | 4,896.00 |
| 1 | 8409 | 5/31/18  | 5/31/18  | ME310 | MEGA PLASTIC GROUP | Pay 28     | 5,528.40 |
| 1 | 8428 | 6/07/18  | 6/07/18  | ME310 | Mega Plastics      | Pay 252    | 1,000.00 |
| 1 | 8467 | 6/21/18  | 6/21/18  | ME310 | MEGA PLASTIC GROUP | Pay 32     | 1,632.00 |
| 1 | 8486 | 6/28/18  | 6/28/18  | ME310 | MEGA PLASTIC GROUP | Pay 33     | 8,160.00 |
| 1 | 8563 | 7/27/18  | 7/27/18  | ME310 | Mega Plastics      | Pay 260    | 2,000.00 |
| 1 | 8636 | 8/23/18  | 8/23/18  | ME310 | MEGA PLASTIC GROUP | Pay 000284 | 795.60 |
| 1 | 8676 | 9/06/18  | 9/06/18  | ME310 | Mega Plastics      | Pay 278    | 1,000.00 |
| 1 | 8677 | 9/06/18  | 9/06/18  | ME310 | Mega Plastics      | Pay 384    | 1,000.00 |
| 1 | 8924 | 11/30/18 | 11/30/18 | ME310 | Cash               | Pay 236.   | 1,000.00 |
|   | 8943 | 12/06/18 | 12/06/18 | ME310 | Cash               | Pay 410    | 831.60 |
|   | 9070 | 1/18/19  | 1/18/19  | ME310 | MEGA PLASTIC GROUP | Pay 439    | 1,122.00 |
| 1 | 9189 | 3/07/19  | 3/07/19  | ME310 | Cash               | Pay 000601 | 1,224.00 |
| 1 | 9230 | 3/21/19  | 3/21/19  | ME310 | Cash               | Pay 425    | 1,064.00 |

| Bank | Check# | Check Dt | Trans.Dt | Vendor | Payee | Payment Description | Check Amount |
|---|---|---|---|---|---|---|---|
| C. | Count: | 39 | | | | Total Amount: | 190,504.60 |