# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**  
Aug 15, 2019

**Check #**  
9640

**Check amount**  
$1,672.50

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender

# CHASE for BUSINESS

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Nov 30, 2018 | 8907 | $1,515.00 |

©2019 JPMorgan Chase & Co.　　　　Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Nov 22, 2017 | 7863 | $1,420.00 |

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender

# CHASE for BUSINESS

Printed from Chase for Business

## Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Jun 24, 2016 | 6326 | $1,195.00 |

©2019 JPMorgan Chase & Co.     Equal Opportunity Lender

# CHASE for BUSINESS

Printed from Chase for Business

Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Jun 10, 2016 | 6287 | $970.00 |

©2019 JPMorgan Chase & Co.   Equal Opportunity Lender

# CHASE for BUSINESS

Printed from Chase for Business

Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Jun 3, 2016 | 6275 | $1,620.00 |

©2019 JPMorgan Chase & Co.          Equal Opportunity Lender

**Check**

Front



Back



**Post date**  
May 27, 2016

**Check #**  
6248

**Check amount**  
$1,540.00

# Morris Trucking

Week    6/29/2018

| Date | Ref | Name | | Amount | | Amount | |
|---|---|---|---|---|---|---|---|
| 6/25/18 | 63689 | Artek | $ | 40.00 | $ | 40.00 | G |
| 6/25/18 | 63699 | Kids Place of NJ | $ | 50.00 | $ | 50.00 | M |
| 6/25/18 | 63680 | Lot Less | $ | 115.00 | $ | 115.00 | M |
| 6/28/18 | 63804 | Youngland | $ | 40.00 | $ | 40.00 | A |
| 6/28/18 | 63760 | Cee Cee | $ | 40.00 | $ | 40.00 | A |
| 6/29/18 | 63831 | Goodwill | $ | 55.00 | $ | 55.00 | A |
| | | | | | $ | - | |
| | | | | | $ | - | |
| | | | | | $ | - | |
| | | | | | $ | - | |
| 6/29/18 | | WH | $ | 382.50 | $ | 382.50 | |
| 6/29/18 | | wk | $ | 360.00 | $ | 360.00 | |
| 6/29/18 | | TC | $ | 250.00 | $ | 250.00 | |
| 6/26/18 | | CL | $ | 75.00 | $ | 75.00 | |
| | | | $ | 1,067.50 | $ 340.00 | $ 1,407.50 | |

Ok #8489
07/05/18

# Morris Trucking

Week     4/5/2018

| Date | Ref | Description | | Amount | | Amount | Code |
|---|---|---|---|---|---|---|---|
| 3/28/18 | 62007 | ch martin | $ | 65.00 | $ | 65.00 | G |
| 3/28/18 | 61885 | imax men fashion | $ | 60.00 | $ | 60.00 | G |
| 3/28/18 | 61990, 890, 19 | rainbow | $ | 80.00 | $ | 80.00 | G |
| 3/28/18 | 61971 | kids place | $ | 85.00 | $ | 85.00 | M |
| 3/29/18 | 61997 | cee & cee | $ | 50.00 | $ | 50.00 | M |
| 4/3/18 | 61769 | rainbow | $ | 30.00 | $ | 30.00 | G |
| 4/3/18 | 62076, 084 | kidstown #10 | $ | 65.00 | $ | 65.00 | A |
| | | | | | $ | - | |
| 4/3/18 | 11452 | container | $ | 40.00 | $ | 40.00 | G |
| 4/3/18 | 11452 | container | $ | 60.00 | $ | 60.00 | T |
| 4/5/18 | | WH | $ | 420.00 | $ | 420.00 | |
| 4/5/18 | | wk | $ | 720.00 | $ | 720.00 | |
| 4/5/18 | | TC | $ | 500.00 | $ | 500.00 | |
| 4/5/18 | | CL | $ | 105.00 | $ | 105.00 | |
| | | | $ | 1,845.00 | $ 435.00 | $ 2,280.00 | |

CK# 8268
4/12/18

3/23/18

# Morris Trucking

3/28/2018

| Week | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/20/18 | 61826 | kunreuther | | $ 65.00 | $ | 65.00 | G |
| 3/20/18 | 61822 | myrtle kids#18 | | $ 55.00 | $ | 55.00 | G |
| 3/20/18 | 61827 | dejaneiro | | $ 85.00 | $ | 85.00 | G |
| 3/20/18 | 61829 | artek | | $ 35.00 | $ | 35.00 | G |
| 3/22/18 | 61854-6191 | lot less | | $ 125.00 | $ | 125.00 | M |
| 3/23/18 | 61630 | fallas | | $ 100.00 | $ | 100.00 | M |
| 3/23/18 | 61935 | dejaneiro | | $ 45.00 | $ | 45.00 | G |
| | | | | | $ | - | |
| | | | | | $ | - | |
| | | | | | $ | - | |
| 3/9/18 | | WH | $ 392.50 | | $ | 392.50 | |
| 3/9/18 | | wk | $ 360.00 | | $ | 360.00 | |
| 3/9/18 | | TC | $ 250.00 | | $ | 250.00 | |
| 3/8/18 | | CL | $ 75.00 | | $ | 75.00 | |
| | | | $ 1,077.50 | $ 510.00 | $ 1,587.50 | | |

CK# 8260
3/28/17