# Blanca Cleaners

DATE: June 20, 2013
INVOICE # 3141

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---:|
| Carpet Cleaning for the week ending June 15, 2013 | $ 500.00 |
| ck# 835  350.— 6/20 | |
| ck# 864  150.— 6/27 | |
| TOTAL | $ 500.00 |

# CHASE for BUSINESS
Printed from Chase for Business

### Check

Front



Back



**Post date**  
Jun 21, 2013

**Check #**  
835

**Check amount**  
$4,000.00

JPMorgan Chase Bank, N.A. Member FDIC ©2019 JPMorgan Chase & Co. Equal Opportunity Lender

# CHASE for BUSINESS

Printed from Chase for Business

**Check**

Front



Back



**Post date**
Jun 28, 2013

**Check #**
864

**Check amount**
$3,500.00

JPMorgan Chase Bank, N.A.
Member FDIC

©2019 JPMorgan Chase & Co.

Equal Opportunity Lender

# Blanca Cleaners

DATE: August 29, 2013
INVOICE # 3343

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Carpet Cleaning for the week ending August 29, 2013 | $ 500.00 |
| ck# ~~$~~ 1085 8/29/13  9/4/13 - ck# 1125 | |
| TOTAL | $ 500.00 |

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Sep 4, 2013 | 1125 | $1,800.00 |

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**
Aug 30, 2013

**Check #**
1085

**Check amount**
$950.00

JPMorgan Chase Bank, N.A.
Member FDIC

©2019 JPMorgan Chase & Co.

Equal Opportunity Lender

# Blanca Cleaners

DATE: August 15, 2013
INVOICE # 3297

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Carpet Cleaning for the week ending August 15, 2013 | $ 500.00 |
| ck# 715 8/15/13 8/22/13 - ck#1053 | |
| TOTAL | $ 500.00 |

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**
Aug 16, 2013

**Check #**
715

**Check amount**
$2,000.00

---

JPMorgan Chase Bank, N.A.  ©2019 JPMorgan Chase & Co.  Equal Opportunity Lender
Member FDIC

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**  
Aug 23, 2013

**Check #**  
1053

**Check amount**  
$1,250.00

JPMorgan Chase Bank, N.A.  Member FDIC    ©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

# Blanca Cleaners

DATE: August 1, 2013
INVOICE # 3255

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Carpet Cleaning for the week ending August 1, 2013 | $ 500.00 |
| Ck# 1030 8/1/13  Ck#913 8/8/13 | |
| TOTAL | $ 500.00 |

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**  
Aug 9, 2013

**Check #**  
713

**Check amount**  
$1,950.00

JPMorgan Chase Bank, N.A. Member FDIC  ©2019 JPMorgan Chase & Co.  Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

Check

Front



Back



**Post date**
Aug 2, 2013

**Check #**
1030

**Check amount**
$1,800.00

JPMorgan Chase Bank, N.A.  ©2019 JPMorgan Chase & Co.  Equal Opportunity Lender
Member FDIC

# Blanca Cleaners

DATE: July 18, 2013
INVOICE # 3215

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Carpet Cleaning for the week ending July 18, 2013 | $ 500.00 |
| ck# ~~$~~ 964 7/18/13 ck# 992 7/24/13 | |
| TOTAL | $ 500.00 |

# CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Jul 19, 2013 | 964 | $1,200.00 |

JPMorgan Chase Bank, N.A.  ©2019 JPMorgan Chase & Co.  Equal Opportunity Lender
Member FDIC

## CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



**Post date**
Jul 25, 2013

**Check #**
992

**Check amount**
$1,000.00

JPMorgan Chase Bank, N.A.
Member FDIC

©2019 JPMorgan Chase & Co.

Equal Opportunity Lender

# Blanca Cleaners

|  |  |
|---|---|
| DATE: | July 3, 2013 |
| INVOICE # | 3177 |

**Bill To:**
Kwik Ticket, Inc.
4101 Glenwood Rd.
Brooklyn, NY 11210

| DESCRIPTION | AMOUNT |
|---|---|
| Carpet Cleaning for the week ending July 5, 2013 | $ 500.00 |
| Ck# 888 7/3/13 | |
| Ck #910 7/11/13 | |
| TOTAL | $ 500.00 |

# CHASE for BUSINESS

Printed from Chase for Business

## Check

Front



Back



**Post date**  
Jul 3, 2013

**Check #**  
888

**Check amount**  
$2,500.00

JPMorgan Chase Bank, N.A.  Member FDIC   ©2019 JPMorgan Chase & Co.   Equal Opportunity Lender

# CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



**Post date**  
Jul 12, 2013

**Check #**  
910

**Check amount**  
$1,500.00

JPMorgan Chase Bank, N.A.  
Member FDIC

©2019 JPMorgan Chase & Co.

Equal Opportunity Lender