# CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



**Post date**  
Jun 27, 2019

**Check #**  
9500

**Check amount**  
$5,000.00

©2019 JPMorgan Chase & Co.   Equal Opportunity Lender

# CHASE for BUSINESS

Printed from Chase for Business

## Check

Front



Back



**Post date**
Apr 18, 2019

**Check #**
9295

**Check amount**
$1,411.00

©2019 JPMorgan Chase & Co.  Equal Opportunity Lender

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Dec 28, 2018 | 8994 | $1,645.00 |

# CHASE for BUSINESS
Printed from Chase for Business

## Check

Front



Back



**Post date**  
Nov 16, 2018

**Check #**  
8870

**Check amount**  
$1,698.00

©2019 JPMorgan Chase & Co.     Equal Opportunity Lender

## CHASE for BUSINESS
Printed from Chase for Business

### Check

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Jun 22, 2018 | 8448 | $5,000.00 |

©2019 JPMorgan Chase & Co.    Equal Opportunity Lender

## CHASE for BUSINESS
Printed from Chase for Business

**Check**

Front



Back



| Post date | Check # | Check amount |
|---|---|---|
| Sep 5, 2017 | 7631 | $4,000.00 |

©2019 JPMorgan Chase & Co.     Equal Opportunity Lender