# ACTION BY UNANIMOUS WRITTEN CONSENT OF THE SHAREHOLDERS OF

# KWIK TICKET INC. ("the Company")

WHEREAS Larry Spiewak and Florence Shamah are all of the shareholders of the Company;

WHEREAS the shareholders of the Company unanimously agree to the following actions.

IT IS HEREBY RESOLVED that all payments made by the Company shall require the written consent of all of the shareholders of the Company, which written consent shall be reflected in joint signatures on checks, or other written documentation reflecting such consent, including without limitation email;

IT IS HEREBY FURTHER RESOLVED that the Company shall not make any payments in cash except for incidental expenses of not more than $50;

IT IS HEREBY FURTHER RESOLVED that the Company shall not issue checks made payable to "Cash";

IT IS HEREBY FURTHER RESOLVED that any shareholder shall have full and complete access to all books and records of the Company, including without limitation bank statements, electronic and hard copy bookkeeping records, and invoices;

IT IS HEREBY FURTHER RESOLVED that any shareholder or his or her agent-in-fact may use and occupy office space at the Company's offices;

IT IS HEREBY FURTHER RESOLVED that the foregoing resolutions shall expire on October 12, 2019, and that upon expiration, each shareholder shall have the same rights as existed immediately before these resolutions were adopted.

Dated: Brooklyn, New York

September 12, 2019

_____
LARRY SPIEWAK

_____
FLORENCE SHAMAH, by her attorney-in-fact

Isaac D. Shamah