# Exhibit N
# "Tinyurl.com/exhsno"