# Exhibit O
## "[Tinyurl.com/exhsno](Tinyurl.com/exhsno)"