UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KWIK TICKET INC., by its 50% owner
FLORENCE SHAMAH,,

                Plaintiffs,

     -against-

LARRY SPIEWAK, MINDY SPIEWAK,
MALKAH JACOBOVITS and JOEL BOIKESS,

                Defendants.

Case No. 20-cv-01201 (FB) (SJB)

# NOTICE OF MOTION TO DISMISS
# ON BEHALF OF DEFENDANT JOEL BOIKESS

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Betty Lugo dated July 9, 2021, together with the exhibits annexed thereto, and the accompanying Memorandum of Law dated July 9, 2021, Defendant, Joel Boikess, (Outside Accountant) will move this Court, before the Honorable Frederic Block, United States District Judge for the Eastern District of New York, in the Courtroom 10C, of the Federal Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, at a date and time to be determined by the Court, for an Order, pursuant to (i) Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting dismissal with prejudice of Counts II, V, VI, VIII, XIII, XIV of Plaintiff's Amended Complaint as against defendant Joel Boikess and (ii) for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's June 21, 2021 Order, any opposition briefs shall be served on or before August 9, 2021, and any reply briefs shall be served on or before August 30, 2021.

Dated: Brooklyn, New York
July 9, 2021

By:   /s/ *Betty Lugo*
      Betty Lugo



340 Atlantic Avenue
Brooklyn, NY 11201
Tel. (718) 855-3000
Fax (718) 855-6565

To:     Joseph Matalon, Esq.
        Matalon PLLC
        Attorneys for Plaintiff
        450 Seventh Avenue, 33rd Floor
        New York, NY 10123

        Samuel Kadosh, Esq.
        Reed Smith LLP
        Attorneys for Defendants Larry Spiewak,
        Mindy Spiewak and Malkah Jacobovits
        599 Lexington Avenue
        New York, NY 10022-7650