UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWIK TICKET INC., by its 50% owner FLORENCE SHAMAH,,<br><br>            Plaintiffs,<br><br>-against-<br><br>LARRY SPIEWAK, MINDY SPIEWAK, MALKAH JACOBOVITS and JOEL BOIKESS,<br><br>            Defendants. | Case No. 20-cv-01201 (FB) (SJB)<br><br>**DECLARATION OF BETTY LUGO REGARDING THE DEFENDANT BOIKESS MOTION TO DISMISS** |

Betty Lugo, an attorney duly admitted to practice law before the courts of the State of New York and the Federal Courts for the Eastern and Southern Districts of the State of New York, declares the following to be true under penalty of perjury:

1.      I am a Member of Pacheco & Lugo, PLLC, attorneys for defendant JOEL BOIKESS ("Outside Accountant").  As such, I am fully familiar with all of the facts and circumstances of the within action, having in my possession the file maintained by the law firm of Pacheco & Lugo, PLLC.

2.      This declaration is submitted in support of the defendant Joel Boikess' ("Outside Accountant") motion to dismiss plaintiff's Complaint and Amended Complaint.

3.      Annexed hereto is the Affidavit of defendant Joel Boikess. See Exhibit 1.

4.      The Court is respectfully referred to the accompanying Memorandum of Law submitted and made a part hereof.

Dated:  Brooklyn, New York
            July 9, 2021

                                                By:     s/Betty Lugo
                                                            Betty Lugo