**EXHIBIT 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KWIK TICKET INC., by its 50% owner
FLORENCE SHAMAH,,

                Plaintiffs,

-against-

LARRY SPIEWAK, MINDY SPIEWAK,
MALKAH JACOBOVITS and JOEL BOIKESS,

                Defendants.

---

Case No. 20-cv-01201 (FB) (SJB)

AFFIDAVIT OF JOEL BOIKESS

STATE OF NEW YORK   )
                             ) ss:
COUNTY OF KINGS     )

JOEL BOIKESS, being duly sworn, deposes and says:

1. I am over 18 years of age and reside in the State of New York.

2. I am one of the named defendants in the above action. I submit this affidavit in support of my motion to dismiss the above action against me.

3. I have been a Certified Public Accountant for 45 years.

4. I have been the outside accountant for Plaintiff Kwik Ticket since 1990. A copy of the engagement letter with Kwik Ticket is annexed hereto as Exhibit A.

5. As the outside accountant for Kwik Ticket Inc., I prepare financial statements in accordance with accounting principles generally accepted in the United States of America based on information provided by Kwik Ticket, Inc.

6. From 1990 through 2019, I have prepared tax returns and financial statements for Kwik Ticket, Inc. based on my review of the books and records provided to me by Kwik Ticket, Inc. internal bookkeeper. I am not involved with the internal operations of Kwik Ticket, Inc.

7. No prior request for the relief requested herein has been made.



8.  I respectfully request that my motion be granted, and for such other, further and different relief as this Court deems just and proper.

_____
Joel Boikess

Sworn to me before me on
this 9TH day of July 2021

_____
Notary Public

BETTY LUGO
Notary Public State of New York
No. 02LU4892636
Qualified in New York County
Commission Expires July 30, 2023

