**EXHIBIT A**



**Joel Boikess**
**Certified Public Accountant**

To Larry Spiewak, President

Kwik Ticket Inc.

Brooklyn, NY 11210

I am pleased to confirm our acceptance and understanding of the services we are to provide for the year ended December 31, 2017.

You have requested that I prepare the financial statements of Kwik Ticket Inc., which comprise the balance sheet as of December 31, 2017, and the related statements of income and retained earnings, and cash flows for the year then ended, and the related notes to the financial statements, and perform a review engagement with respect to those financial statements.

**Our Responsibilities**

The objective of our engagement is to—

1. prepare financial statements in accordance with accounting principles generally accepted in the United States of America based on information provided by you, and
2. obtain limited assurance as a basis for reporting whether we are aware of any material modifications that should be made to the financial statements in order for them to be in accordance with accounting principles generally accepted in the United States of America.

I will conduct our review engagement in accordance with Statements on Standards for Accounting and Review Services promulgated by the Accounting and Review Services Committee of the AICPA and comply with applicable professional standards, including the AICPA's Code of Professional Conduct, and its ethical principles of integrity, objectivity, professional competence, and due care, when preparing the financial statements and performing the review engagement.

A review engagement includes primarily applying analytical procedures to your financial data and making inquiries of management. A review engagement is substantially less in scope than an audit engagement, the objective of which is the expression of an opinion regarding the financial statements as a whole. A review engagement does not contemplate obtaining an understanding of the Company's internal control; assessing fraud risk; testing accounting records by obtaining sufficient appropriate audit evidence through inspection, observation, confirmation, or the examination of source documents; or other procedures ordinarily performed in an audit engagement. Accordingly, we will not express an opinion regarding the financial statements.

The supplementary information accompanying the financial statements will be presented for purposes of additional analysis. Such information is the responsibility of management and will be derived from, and related directly to, the underlying accounting and other records used to prepare the financial statements. The supplementary information will be subjected to the review procedures applied in our review of the basic financial statements. We will not audit the information and will not express an opinion on such information.

Our engagement cannot be relied upon to identify or disclose any financial statement misstatements, including those caused by fraud or error, or to identify or disclose any

450 Seventh Avenue, Suite 1607, New York, NY 10123 Tel. 212-868-2114 Fax 212-868-3449

wrongdoing within the Company or noncompliance with laws and regulations. However, I will inform you of any material errors and any evidence or information that comes to our attention during the performance of our review procedures that indicates fraud may have occurred. In addition, we will inform you of any evidence or information that comes to our attention during the performance of our review procedures regarding noncompliance with laws and regulations that may have occurred, unless they are clearly inconsequential. I have no responsibility to identify and communicate deficiencies or material weaknesses in your internal control as part of this engagement.

I, in my sole professional judgment, reserve the right to refuse to perform any procedure or take any action that could be construed as assuming management responsibilities.

**Your Responsibilities**

The engagement to be performed is conducted on the basis that you acknowledge and understand that our role is to prepare financial statements in accordance with accounting principles generally accepted in the United States of America and to obtain limited assurance as a basis for reporting whether I am aware of any material modifications that should be made to the financial statements in order for the statements to be in accordance with accounting principles generally accepted in the United States of America. You have the following overall responsibilities that are fundamental to our undertaking the engagement in accordance with SSARS:

1. The selection of accounting principles generally accepted in the United States of America as the financial reporting framework to be applied in the preparation of the financial statements.

2. The preparation and fair presentation of financial statements in accordance with accounting principles generally accepted in the United States of America and the inclusion of all informative disclosures that are appropriate for accounting principles generally accepted in the United States of America.

3. The design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of the financial statements that are free from material misstatement, whether due to fraud or error.

4. The prevention and detection of fraud.

5. To ensure that the Company complies with the laws and regulations applicable to its activities.

6. The accuracy and completeness of the records, documents, explanations, and other information, including significant judgments, you provide to us for the engagement.

7. To provide us with—

- access to all information of which you are aware is relevant to the preparation and fair presentation of the financial statements, such as records, documentation, and other matters.

- additional information that we may request from you for the purpose of the review engagement.

8. To provide us, at the conclusion of the engagement, with a letter that confirms certain representations made during the review.

You are also responsible for all management decisions and responsibilities and for designating an individual with suitable skills, knowledge, and experience to oversee our preparation of your financial statements. You are responsible for evaluating the adequacy and results of the services performed and accepting responsibility for such services.

## Our Report

I will issue a written report upon completion of our review of Kwik Ticket Inc.'s financial statements. My report will be addressed to the management of Kwik Ticket Inc. I cannot provide assurance that an unmodified accountant's review report will be issued. Circumstances may arise in which it is necessary for us to report known departures from accounting principles generally accepted in the United States of America, add an emphasis-of-matter or other-matter paragraph(s), or withdraw from the engagement. If, for any reason, we are unable to complete the review of your financial statements, we will not issue a report on such statements as a result of this engagement.

You agree to include our accountant's review report in any document containing financial statements that indicates that such financial statements have been reviewed by us and, prior to inclusion of the report, to ask our permission to do so.

## Other Relevant Information

Joel Boikess is responsible for supervising the engagement and signing the report.

The fee for these services will be $20,000 for the financial statement preparation and review, and corporate tax returns. Any other services provided such as personal tax return preparation and government tax audits will be billed separately. You could be billed for out-of-pocket costs such as postage, travel, etc. Additional expenses are estimated assumption to be $250. The fee estimate is based on anticipated cooperation from you and the assumption that unexpected circumstances will not be encountered during the work performed. If significant additional time is necessary, I will discuss it with you and arrive at a new fee estimate before I incur the additional costs.

Our invoices for these fees will be billed at $3,000 a quarter with a year-end fee of $8,000 when the engagement is completed.

You agree to hold us harmless and to release, indemnify, and defend us from any liability or costs, including attorney's fees, resulting from management's knowing misrepresentations to us.

I appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know. If you acknowledge and agree with the terms of our engagement as described in this letter, please sign the enclosed copy and return it to us.

Sincerely,

Joel Boikess

Acknowledged:
Kwik Ticket Inc.

Larry Spiewak President

12/28/17

Date