

**Alexandra Irizarry**
Direct Phone: +1 212 549 4705
Email: airizarry@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

November 17, 2025

**VIA ECF**

The Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**   *Kwik Ticket Inc. by Florence Shamah v. Larry Spiewak, et al.*, 20-cv-1201

Dear Judge Block:

We represent Defendants Larry Spiewak, Mindy Spiewak, and Malkah Jacobovits (collectively, the "Spiewak Defendants") in the above-reference matter and write to provide the Court with a status update pursuant to its September 20, 2024 Order.

1.     The subject arbitration, *Florence Shamah v. Larry Spiewak, Mindy Spiewak, and Malkah Jacobovits* (AAA Case No. 01-23-0001-3250), remains pending and is now active. The previous suspension was lifted after the Claimant's payment was received, and the Arbitrator has scheduled a status conference to discuss next steps.  *See* infra.

2.     At the time of the previous status update to the Court, the Arbitration was pending but "suspended" as Claimant, Florence Shamah, failed to remit payment to the Arbitrator and the AAA of her portion of the deposit fees owed. *See* ECF No. 126.

3.     On September 18, 2025, Claimant moved for an interim award compelling Respondent to release her Kwik Ticket distributions to fund the AAA fees, expert, and counsel.

4.     On October 10, 2025, the Arbitrator denied Claimant's Rule R-38 request for interim relief after finding the application procedurally improper and unsupported by an evidentiary record. The Arbitrator reinstated the suspension for nonpayment and set a final cure deadline of October 24, 2025, and warned that the case would be terminated under Rule R-59(f) if deposits were not fully paid. *See* P.O. No. 9 attached here as **Exhibit A**.

5.     On October 24, 2025, Claimant sought a two-week extension to pay her portion of the fees owed to the Arbitrator and the AAA.

6.     On October 28, 2025, the Arbitrator confirmed that Claimant paid her share one business day after the PO No. 9 deadline. The Arbitrator deemed the payment satisfactory absent prejudice, lifted the suspension with a warning against future delays, and proposed a status conference for November 17 or 18. *See* P.O. No. 10 attached here as **Exhibit B**.

ABU DHABI ♦ ASTANA ♦ ATHENS ♦ ATLANTA ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DENVER ♦ DUBAI ♦ FRANKFURT
HONG KONG ♦ HOUSTON ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ ORANGE COUNTY ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH
PRINCETON ♦ RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON

US_ACTIVE-209541137.v1-AIRIZARR-11/17/2025 10:15 PM



       7.       On November 12, 2025, Claimant's prospective new counsel requested adjournment of the November 18 conference to allow time for substitution and record review. The Arbitrator granted the request and offered alternative dates.

       8.       Currently, the arbitration is active, and the parties have agreed to a new status conference date of January 8, 2026.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Alexandra Irizarry*
Alexandra Irizarry