UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KWIK TICKET INC., by its 50% owner FLORENCE SHAMAH,<br><br>Plaintiff,<br><br>-against-<br><br>LARRY SPIEWAK et al.,<br><br>Defendants. | Case No. 20-cv-01201 (FB) (SJB) |

**STATEMENT NOTING DEATH**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 25(a), Larry Spiewak, a Defendant in the above-captioned action, passed away on or about February 19, 2026.

Dated: August 31, 2026
New York, New York

Respectfully submitted,

*/s/ Alexandra Irizarry*
Alexandra Irizarry
Bar No. 6007116

REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
(212) 521-5400
airizarry@reedsmith.com

*Counsel for Defendants Larry Spiewak (deceased), Mindy Spiewak and Malkah Jacobovits*